## UNITED STATES *versus* DeGARMO JONES AND RICHARD SMYTH

. . . . . . . . . . . . . . . . . . .

PAPERS IN FILE (1824): (1) Precipe for habeas corpus.
*1824–36 Calendar*, MS p. 37.

## ROBERT HILL *versus* JOHN BURNHAM

PAPERS IN FILE (1824): (1) Precipe for process; (2) affidavit for special bail;
(3) capias, allowance of bail, return "non est."
*1824–36 Calendar*, MS p. 41.

## JOHN Y. CEBRA AND THOMAS B. CUMING, MERCHANTS TRADING UNDER THE FIRM OF CEBRA & CUMING, *versus* CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK, MERCHANTS LATE TRADING UNDER THE FIRM OF CONRAD TEN EYCK & CO.

PAPERS IN FILE (1824–25): (1) Precipe for capias; (2) capias and return;
(3) recognizance; (4) bail piece; (5) declaration; (6) discontinuance;
(7) sheriff's bill of fees; (8) taxed bill of costs.
*1824–36 Calendar*, MS p. 44.

## JOHN McDONELL *versus* ROBERT SMART AND GEORGE SMART

PAPERS IN FILE (1824): (1) Precipe for capias; (2) capias and return;
(3) discontinuance.
*1824–36 Calendar*, MS p. 53.